| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:04CR00084-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 9:18CR00024 (DWM) |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| Terri Michele Anderson | UTAH |
| | DIVISION |
| | NORTHERN |
| | NAME OF SENTENCING JUDGE |
| | David Sam |
| | DATES OF SUPERVISION TERM — FROM 05/22/2015 — TO 05/21/2020 |

**FILED**
MAY 1 6 2018
Clerk, U.S District Court
District Of Montana
Missoula

**OFFENSE**

**18 U.S.C. § 2251(a) – Sexual Exploitation of Children**

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Montana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

5/9/2018
Date

*David Sam, Senior United States District Judge*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

May 16, 2018
Effective Date

*United States District Judge*